IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CHURCHILL IN CRESTWOOD, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 09-0100-CV-W-SOW |
| | ) | |
| LORRAINE SCHWARTZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Parties' Joint Motion to Extend Deadline to Respond to Dispositive Motions (Doc. #75). The parties move the Court for an extension of time, up to and including August 9, 2010, within which to respond to pending dispositive motions.

Accordingly, for good cause shown, it is hereby

ORDERED that the Parties' Joint Motion to Extend Deadline to Respond to Dispositive Motions (Doc. #75) is granted. The parties are hereby granted an extension of time, up to and including August 9, 2010 within which to respond to pending dispositive motions.

/s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: August 2, 2010